UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA M. SOLOMON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>    Defendant. | CASE NO. 2:10-cv-01548 RBL/JRC<br><br>ORDER AMENDING BRIEFING SCHEDULE |

PURSUANT to the motion of defendant (ECF No. 14) and with agreement of plaintiff, the Court hereby directs counsel to conform to the following amended briefing schedule:

Defendant's responsive brief shall be due on or before April 4, 2011;

Plaintiff's optional reply shall be due on or before April 18, 2011; and

Oral argument, if desired, shall be requested by April 25, 2011.

DATED this 3rd day of March, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1