```
                FILED        LODGED
                             RECEIVED

                 SEP 19 2011

            CLERK U.S. DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON AT TACOMA
        BY                                  DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LISA M. SOLOMON,

          Plaintiff,

          v.

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

          Defendant.

CASE NO. 2:10-cv-01548 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The matter is therefore REVERSED and REMANDED to the Administration pursuant to sentence four of 42 U.S.C. § 405(g) with instructions to remand to the ALJ for an award of benefits; and

(3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 17 day of September, 2011.

_____
RONALD B. LEIGHTON
United States District Judge

ORDER - 1