# United States District Court

WESTERN DISTRICT OF WASHINGTON

LISA M. SOLOMON

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

CASE NUMBER: C10-1548RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The matter is therefore REVERSED and REMANDED to the Administration pursuant to sentence four of 42 U.S.C. § 405(g) with instructions to remand to the ALJ for an award of benefits.

| September 19, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk