United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA M. SOLOMON, | ) |
| | ) CIVIL NO. CV10-1548RBL-KLS |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS, AND |
| vs. | ) EXPENSES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |

Based upon the stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S. C. § 2412, and Plaintiff's EAJA petition, it is hereby

ORDERED that EAJA attorney's fees of $3,923.70 and costs in the amount of $350.00, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Harry J. Binder, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for

//

//

//

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[«F494»] - 1

1 | EAJA fees shall be mailed to Plaintiff's counsel, Harry J. Binder, at 60 East 42nd Street, Suite
2 | 520, New York, NY 10165.
3 | DATED this 4th day of November, 2011.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[«F494»] - 2