U.S. District Judge Ronald B. Leighton
U.S. Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| LISA M. SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 2:10-cv-01548-RBL-JRC |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ _____ | ) | |

The Court, having read the Petition of Harry J. Binder, attorney for the Plaintiff in the above entitled case, dated the 26th day of June 2012, for an award of attorney fees in accordance with 42 U.S.C. §406(b), and upon all the supporting documents annexed hereto,

**IT IS ORDERED** that attorney fees be granted in the amount of $10,606.80, which represents 25% ($14,530.50) of the retroactive benefits awarded to the Plaintiff, pursuant to §406(b), minus the previously awarded EAJA fee of $3,923.70, to HARRY J. BINDER, petitioner.    Nothing in this order will preclude Plaintiff's duly appointed representative(s) from requesting fees under 406(a) for time spent handling Plaintiff's case before the Social Security Administration providing that the combined

fees approved under 406(a) and 406(b) does not exceed 25% of the past due benefits awarded to the Plaintiff and her eligible child, minus the previously awarded EAJA fees.

Dated: July 16, 2012.

                                              Ronald B. Leighton
                                              United States District Judge

ORDER

Law Offices of Harry J. Binder
& Charles E. Binder, P.C.
Attorneys for Plaintiff
60 E. 42nd Street, Suite 520
New York, NY   10165
Tel:   212-677-6801